

590 Madison Avenue, New York, NY 10022-2524 ▪ p212 223-4000 ▪ f212 223-4134

Jack Thomas
JNThomas@crowell.com
(212) 895-4306

October 3, 2013

**VIA E-FILE**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Blue Ridge Investments, L.L.C. v. Republic of Argentina*
             10 Civ. 0153 (PGG)

Dear Judge Gardephe:

    Pursuant to the Court's order of September 26, 2013, Document 43, please find enclosed Petitioner Blue Ridge Investments' [Proposed] Judgment.

    Respectfully submitted,

    Jack Thomas

cc:  Edward Scarvalone, Esq. (via email)