# DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN JACOB RIECK, JR.
JOHN F. KALEY
WALTER MACK
EDWARD SCARVALONE

SPECIAL COUNSEL
JOHN DOAR

OF COUNSEL
AMY ROTHSTEIN
EILEEN MINNEFOR
JAMES I. WASSERMAN
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

October 9, 2013

<u>BY ECF</u>
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Blue Ridge Investments, L.L.C. v. Republic of Argentina</u>
              10 Civ. 0153 (PGG)

Dear Judge Gardephe:

The Order of September 26, 2013 directs the Republic of Argentina to submit any objections to Blue Ridge's proposed judgment by October 10, 2013. The Republic respectfully requests a one-week extension of time to submit objections, through and including October 17, 2013.

Blue Ridge joins this request.

We thank the Court for consideration of this letter.

Respectfully,

Edward Scarvalone

cc:    John N. Thomas, Esq. (by email)