## DOAR RIECK KALEY & MACK
### ATTORNEYS AT LAW

JOHN JACOB RIECK, JR.
JOHN F. KALEY
WALTER MACK
EDWARD SCARVALONE

SPECIAL COUNSEL
JOHN DOAR

OF COUNSEL
AMY ROTHSTEIN
EILEEN MINNEFOR
JAMES I. WASSERMAN
MICHAEL MINNEFOR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/13

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

October 17, 2013

BY ECF
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Blue Ridge Investments, L.L.C. v. Republic of Argentina
10 Civ. 0153 (PGG)

Dear Judge Gardephe:

The Republic respectfully requests an additional week's time, through and including October 24, 2013, to submit any objections to Blue Ridge's proposed judgment. The Court previously extended this deadline from October 10, 2013 to today's date. (*See* Order dated Oct. 10, 2013). Blue Ridge joins this request.

We thank the Court for consideration of this letter.

Respectfully,

Edward Scarvalone

cc: John N. Thomas, Esq. (by email)

**MEMO ENDORSED**
The Application is granted. The Clerk of Court will terminate Dkt. No. 48.
SO ORDERED:
_____
Paul G. Gardephe, U.S.D.J.
Dated: Oct. 18, 2013