UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

BLUE RIDGE INVESTMENTS, L.L.C.,  :

                Petitioner,  :  10 Civ. 0153 (PGG)

       - against -  :  **STIPULATION OF VOLUNTARY**
                                                   **DISMISSAL WITH PREJUDICE**

THE REPUBLIC OF ARGENTINA,  :

                Respondent.  :
----------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED by and between the parties that this lawsuit is dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

Dated: New York, New York      CROWELL & MORING LLP
       October 23, 2013             *Attorneys for Petitioner*

                                 By: _____
                                          JOHN N. THOMAS
                                          590 Madison Avenue, 20th Floor
                                          New York, New York 10022
                                          Tel. (212) 895-4200


Dated: New York, New York      DOAR RIECK KALEY & MACK
       October 23, 2013             *Attorneys for Respondent*

                                 By: _____
                                          EDWARD SCARVALONE
                                          217 Broadway, 7th Floor
                                          New York, New York 10007
                                          Tel. (212) 619-3730


SO ORDERED:

_____
United States District Judge

Dated: October ____, 2013