```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

BLUE RIDGE INVESTMENTS, L.L.C.,            :

                Petitioner,    :    10 Civ. 0153 (PGG)

    - against -                                :    STIPULATION OF VOLUNTARY
                                                                DISMISSAL WITH PREJUDICE

THE REPUBLIC OF ARGENTINA,                 :

                Respondent.   :
------------------------------------- x

       IT IS HEREBY STIPULATED AND AGREED by and between the parties that this lawsuit is dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

Dated: New York, New York          CROWELL & MORING LLP
       October 23, 2013            Attorneys for Petitioner

                                 By: _____
                                     JOHN N. THOMAS
                                     590 Madison Avenue, 20th Floor
                                     New York, New York 10022
                                     Tel. (212) 895-4200

Dated: New York, New York          DOAR RIECK KALEY & MACK
       October 23, 2013            Attorneys for Respondent

                                 By: _____
                                     EDWARD SCARVALONE
                                     217 Broadway, 7th Floor
                                     New York, New York 10007
                                     Tel. (212) 619-3730

*The Clerk of the Court is directed to close this case*

SO ORDERED:

_____
United States District Judge

Dated: October 24, 2013